

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Roderick Beham, Appellant

No. 06-14-00174-CR       v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 14 F 0004 005). Opinion delivered by Justice Carter* and Chief Justice Morriss and Justice Moseley participating.   *Justice Carter, Sitting by Assignment.  Dissenting Opinion by Justice Moseley.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, the judgment of the trial court relating to the conviction is affirmed. We reverse the judgment of the trial court and remand the cause for a new trial on punishment.

We note that the appellant, Roderick Beham, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 18, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk